**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 25-206 (KMW) |
| v. | Hon. Karen M. Williams, U.S.D.J. |
| ABDURRAHIM     ABDULLAH | <u>SCHEDULING ORDER</u> |

This matter having come before the Court for an entry of a scheduling order; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (Andrew N. D'Aversa, Assistant U.S. Attorney, appearing); and the defendant Abdurrahim Abdullah (Durann A. Neil, Esq., appearing); and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of Paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery No. 15-2 ("the Standing Order"); and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule; and for good cause shown, IT IS on this ___29th___ day of July, 2025, ORDERED as follows:

1.    The Government shall complete its production of discovery required by Federal Rule of Criminal Procedure 16 by July 9, 2025. To the extent additional

1

discovery becomes known to the Government after that date, such discovery shall be disclosed reasonably promptly after becoming known to the Government.

2. The Government shall provide exculpatory evidence within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny on or before July 9, 2025. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. Defendants shall provide all discovery required by Federal Rule of Criminal Procedure 16 on or before August 18, 2025.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before August 18, 2025.

5. The following shall be the schedule for pretrial motions in this matter:

a) The parties shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 18, 2025.

b) The parties shall file any response to pretrial motions on or before September 12, 2025.

c) The parties shall file any reply on or before September 23, 2025.

d) Oral argument on pretrial motions shall be held on ___October 2 2025___ at __2__ a.m./p.m.

6. Pursuant to Paragraphs 17 to 21 of the Standing Order, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held

no sooner than two (2) weeks following the disposition of pretrial motions.    If

appropriate, a trial date will be set at this final pretrial conference.

Hon. Karen M. Williams
United States District Judge